PATRICK FITZPATRICK ET AL., APPELLANTS, v. CITY OF PASSAIC, RESPONDENT.

Submitted February 15, 1929—Decided October 14, 1929.

For the appellants, *Gross & Gross.*

For the respondent, *Joseph J. Weinberger.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.

CHRISTY GRIVAKIS AND ALEXANDER COLLIS, RESPONDENTS, v. SAMUEL TOPF AND JENNIE TOPF, APPELLANTS.

Submitted February 15, 1929—Decided May 20, 1929.